# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN R. HARRISON,<br><br>        Plaintiff,<br><br>    v.<br><br>CAMPBELL, *et al.*,<br><br>        Defendants. | Case No. 1:23-cv-00832-BAM (PC)<br><br>ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE FIRST AMENDED COMPLAINT<br><br>(ECF No. 13)<br><br>**THIRTY (30) DAY DEADLINE** |

      Plaintiff Shaun R. Harrison ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

      On July 17, 2023, the Court issued a screening order finding that Plaintiff's complaint failed to state a cognizable claim upon which relief may be granted. (ECF No. 12.) Plaintiff was directed to file an amended complaint or a notice of voluntary dismissal within thirty days. (*Id.*)

      Currently before the Court is Plaintiff's motion for an extension of time. (ECF No. 13.) Plaintiff states that Corcoran's 3B yard does not have a regular law librarian and a full schedule, and therefore a 60-day extension of time is required to compile the necessary facts to support his claims. (*Id.*)

      Having considered the request, the Court finds good cause to grant, in part, the requested extension of time. Fed. R. Civ. P. 6(b). However, the Court finds that an extension of thirty days, rather than sixty, is reasonable under the circumstances.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion for extension of time, (ECF No. 13), is GRANTED IN PART;
2. The Clerk's Office shall send Plaintiff a complaint form;
3. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file a first amended complaint curing the deficiencies identified by the Court's July 17, 2023 screening order (or file a notice of voluntary dismissal); and
4. **If Plaintiff fails to comply with this order, this action will be dismissed for failure to state a claim, failure to prosecute, and failure to obey a court order**.

IT IS SO ORDERED.

Dated:   **August 21, 2023**                    /s/ Barbara A. McAuliffe            
                                                                         UNITED STATES MAGISTRATE JUDGE